**NORTHWEST ADMINISTRATORS, INC., Plaintiff–Appellee,**

v.

**ACE PAVING CO., INC., a Washington corporation, Defendant–Appellant.**

**Northwest Administrators, Inc., Plaintiff–Appellee,**

v.

**Ace Paving Co., Inc., a Washington corporation, Defendant–Appellant.**

**Northwest Administrators, Inc., Plaintiff–Appellee,**

v.

**Ace Paving Co., Inc., a Washington corporation, Defendant–Appellant.**

Nos. 10–35888, 10–35998, 10–36008.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2012.*

Filed March 15, 2012.

Thomas A. Leahy, Russell Jonas Reid, Reid, Pedersen, McCarthy & Ballew, Seattle, WA, for Plaintiff–Appellee.

Joel C. Merkel, Merkel Law Office, Seattle, WA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

v.

**MEMORANDUM******

Ace Paving Co., Inc. appeals the district court's grant of summary judgment in favor of Northwest Administrators, Inc. in these three cases. We affirm.

Ace asserts that the district court erred when it determined that Ace must pay liquidated damages based upon the amount of contributions that remained unpaid when an action commenced, even if the contributions were paid before judgment was entered. We disagree; the law of this circuit required that result. *See Nw. Adm'rs, Inc. v. Albertson's, Inc.*, 104 F.3d 253, 257–58 (9th Cir.1996); *see also Idaho Plumbers & Pipefitters Health & Welfare Fund v. United Mech. Contractors, Inc.*, 875 F.2d 212, 215 (9th Cir.1989). We reject Ace's assertion that we are not bound by those cases. *See Hart v. Massanari*, 266 F.3d 1155, 1171 (9th Cir.2001); *see also Cetacean Cmty. v. Bush*, 386 F.3d 1169, 1173 (9th Cir.2004).

AFFIRMED.

***** The Honorable Lucy H. Koh, United States District Judge for the Northern District of California, sitting by designation.

****** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).